August 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ALOYSIUS HOANG AKA HOANG DUY HUNG, Appellant

NO. 14-14-00942-CV              V.

THINH DAT NGUYEN, INDIVIDUALLY, THOI BAO HOUSTON AND THOI BAO, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Thinh Dat Nguyen, Individually, Thoi Bao Houston and Thoi Bao, signed November 18, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Aloysius Hoang aka Hoang Duy Hung, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.